1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   JULIETA STEPANYAN (State Bar No. 280691)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email:    *lacalendar@stroock.com*

6  Attorneys for Defendant
     Chase Bank USA, N.A., erroneously sued as
7    JPMorgan Chase Bank

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

| | |
|---|---|
| DAVID ABBOTT, | Case No. 5:15-cv-05540-BLF |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; CAVALRY PORTFOLIO SERVICES, LLC; JPMORGAN CHASE BANK and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff David Abbott ("Plaintiff"), on the one hand, and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), on the other, have reached a settlement in principle, which will result in the dismissal of Chase from this action with prejudice.  Plaintiff and Chase currently are negotiating the terms of a settlement agreement and expect that the settlement documentation will be finalized within the next thirty (30) days.  Accordingly, the parties respectfully request that all pending dates and filing requirements pertaining to Chase be vacated.

Dated:  April 13, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOSEPH ANGELO

By:      */s/ Elliot Gale*
             Elliot Gale

Attorneys for Plaintiff
    David Abbott

Dated:  April 13, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By:      */s/ Stephen J. Newman*
             Stephen J. Newman

Attorneys for Defendant
    Chase Bank USA, N.A., erroneously sued
    as JPMorgan Chase Bank

**IT IS SO ORDERED**.

Dated:  _____

Hon. Beth Labson Freeman
United States District Judge

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND
[PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:15- cv-05540-BLF

LA 51984128

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086