STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:   310-556-5800
Facsimile:   310-556-5959
Email:        lacalendar@stroock.com

Attorneys for Defendant
  Chase Bank USA, N.A., erroneously sued as
  JPMorgan Chase Bank

SAGARIA LAW, P.C.
Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone:      408-279-2288
Facsimile:      408-279-2299

Attorneys for Plaintiff
  David Abbott

**APPROVED**

*Beth Labson Freeman*

Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID ABBOTT,<br><br>          Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAVALRY PORTFOLIO SERVICES, LLC; JPMORGAN CHASE BANK and DOES 1 through 100 inclusive,<br><br>          Defendants. | Case No. 5:15-cv-05540-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |

1  **TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS**

2  **OF RECORD:**

3      Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure

4  41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH

5  PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only.

6  Each party shall bear its own attorneys' fees and costs.

7

8  Dated:  April 15, 2016                    SAGARIA LAW, P.C.
                                             SCOTT J. SAGARIA
9                                            ELLIOT W. GALE
                                             JOE ANGELO
10

11                                           By: _____
                                                          Elliot Gale
12

                                             Attorneys for Plaintiff
13                                              David Abbott

14

15  Dated:  April 15, 2016                   STROOCK & STROOCK & LAVAN LLP
                                             JULIA B. STRICKLAND
16                                           STEPHEN J. NEWMAN
                                             JULIETA STEPANYAN

17                                           By: _____
                                                          Stephen J. Newman
18

19                                           Attorneys for Defendant
                                                Chase Bank USA, N.A., erroneously sued
20                                              as JPMorgan Chase Bank

21

22

23

24

25

26

27

28

- 1 -

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984546

1

## <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on July 7, 2016, a copy of the foregoing STIPULATED REQUEST

3    FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE was filed

4    electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing

5    will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to

6    anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties

7    may access this filing through the court's EM/ECF System.

8

9                                        */s/ Stephen J. Newman*
                                        Stephen J. Newman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28